**Affidavit in Support of Criminal Complaint for Patricio HERNANDEZ-Gomez**

Your Affiant, Deportation Officer Shannon Morgan, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), being duly sworn, deposes and says:

## Introduction

1. I am a law enforcement officer of the United States (U.S.) within the meaning of Section 2510(7) of Title 18, United States Code, and empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 8, United States Code § 1326.

2. I am a Deportation Officer (DO) with the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO). I have been so employed since February of 2020 and I am presently assigned to the Louisville, Kentucky sub-office of Chicago. My duties include the enforcement of various violations of immigration and criminal laws. I have attended the ICE/ERO Academy in Glynco, Georgia, where training was conducted pertaining to these types of investigations as well as the enforcement of both criminal and immigration laws.

3. This affidavit is based upon my personal knowledge and upon information reported to me by federal and local law enforcement officers and others with knowledge of the case. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

4. Your affiant has not included every fact that has been revealed through the course of this investigation. Your affiant has set forth only the facts that are believed to be necessary to establish probable cause for the issuance of a criminal arrest warrant.

## Results of Investigation

5. On October 31, 2023, Deportation Officer (DO) Shannon Morgan, while conducting Criminal Alien Program (CAP) Screening Operations at the Kentucky River Regional Jail in Hazard, KY, encountered subject, Patricio HERNANDEZ-Gomez, a/k/a Patric Hernandez. HERNANDEZ was booked into the Kentucky River Regional Jail on September 22, 2023, for Rape, 1st Degree, and Unlawful Imprisonment – 1st Degree. The biometric information obtained from when HERNANDEZ was booked into the Kentucky River Regional Jail was compared against the biometric information contained within immigration databases and was a match for Patricio HERNANDEZ-Gomez, who is a previously removed alien. On October 31, 2023, an Immigration detainer was lodged at the Kentucky River Regional Jail.

6. A review of the A-file confirms that HERNANDEZ is a citizen and native of Mexico with no applications or petitions to enter or remain in the U.S. filed by him or on his behalf. On May 3, 2016, HERNANDEZ was initially encountered by officers from the Casa Grande Border Patrol Station. HERNANDEZ was processed for removal and served with an I-860, Expedited Removal Order, which initiated an immigration case.

7. On May 4, 2016, HERNANDEZ was removed to Mexico on the previously mentioned order through the Del Rio, Texas, International Bridge.

8. On April 26, 2021, HERNANDEZ was encountered by officers with the ICE/ERO Louisville, KY sub office at Big Sandy Regional Detention Center in Paintsville, KY where he had been incarcerated due to being charged in Lawrence District Court with the offense of Operating Motor Vehicle Under the Influence of Alcohol over .08. HERNANDEZ was arrested

by ICE/ERO officers and served with I-871, Notice of Intent to Reinstate Prior Order of Removal, which initiated an immigration case.

9. On May 17, 2021, HERNANDEZ was removed to Mexico on the previously mentioned order through the Brownsville-Matamor, Texis Port of Entry.

10. On January 1, 2026, officers with ICE/ERO Louisville, KY CAP unit assumed custody of HERNANDEZ at the Kentucky River Regional Jail pursuant to the Immigration Detainer that was issued on October 31, 2023. HERNANDEZ was in Kentucky Department of Corrections custody after being convicted in the Perry Circuit Court in Hazard, KY for the offense of Unlawful Imprisonment -1st Degree, for which he was sentenced to 5 years of incarceration. HERNANDEZ was paroled on that conviction on December 31, 2025. HERNANDEZ was taken to the Laurel County Corrections Center in London, KY.

11. A review of HERNANDEZ's A-file revealed no application for permission from the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-enter the United States following his May 17, 2021, removal.

**Conclusion**

12. Based on the above information, I believe there is probable cause supporting the conclusion that Patricio HERNANDEZ-Gomez is an alien who has been located in the United States in Perry County, in the Eastern District of Kentucky, after having been previously removed or removed from the United States, in violation of Title 8 of the United States Code, § 1326(a)(1).

/s/ Shannon D. Morgan w.p.b. Hanly A. Ingram

Shannon D. Morgan
Deportation Officer
Immigration and Customs Enforcement
Enforcement and Removal Operations
Louisville, Kentucky

Subscribed and sworn to remotely per Rule 4.1(b)(2)(A) on January 2, 2026.

_______________________________

Hon. Hanly A. Ingram
United States Magistrate Judge